UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SATROHAN SINGH,                                     JUDGMENT
                                                    03-CV- 4128 (JG)
                              Petitioner,

  -against-


BRIAN FISCHER, Superintendent,

                              Respondent.
---------------------------------------------------------------X


An Order of Honorable John Gleeson, United States District Judge, having been filed on November 21, 2005, denying the supplemental petition for a writ of habeas corpus; and directing the Clerk of Court to enter judgment accordingly; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying the supplemental petition for a writ of habeas corpus.


Dated: Brooklyn, New York
       November 22, 2005

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court